No. 81–6142. RODRIGUEZ *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 81–6145. MUHAMMAD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 81–6161. AGURS *v.* KELLER, REGIONAL PAROLE COMMISSIONER, U. S. PAROLE COMMISSION. C. A. 6th Cir. Certiorari denied.

No. 81–6271. BARHAM *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 81–6297. McCOLPIN *v.* EIKELBLOOM ET AL. C. A. 10th Cir. Certiorari denied.

No. 81–6299. SMITH *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 81–6300. OLIVER *v.* CUYLER ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–6307. DRAPER ET AL. *v.* PRESCOTT, TOWN CLERK OF GREENFIELD, MASSACHUSETTS, ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 81–6308. THOMAS *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–6311. ATHERTON *v.* ATHERTON. Sup. Ct. Va. Certiorari denied.

No. 81–6314. MARTIN *v.* WYRICK, WARDEN, MISSOURI STATE PENITENTIARY. C. A. 8th Cir. Certiorari denied.

No. 81–6315. MEDLEY *v.* GARRISON, WARDEN. C. A. 4th Cir. Certiorari denied.